B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of New Mexico

In re  **James Anthony Biberston**
      **Erin Marie Biberston**
                                                  Debtor(s)

Case No.  _____
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>BB&T | **Describe Property Securing Debt:**<br>Residence located at 2550 Diamond Peak Dr. NE, Rio Rancho, NM  87144<br>subj to mortgage of BB&T |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other.  Explain  **Retain and pay**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Cenlar | **Describe Property Securing Debt:**<br>single family dwelling located at 215 Acacia Glen Dr., Riverside, CA 92506<br>subj to first mortgage of Cenlar and second mortgage of Wells Fargo Bank, N.A. |

Property will be (check one):
 ■ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other.  Explain  _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt     ■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**FreedomRoad Financial** | **Describe Property Securing Debt:**<br>**2012 Ducati 848 Evo (mileage 6500)**<br>**subject to lien Freedom Financial** |

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Nationstar Mortgage** | **Describe Property Securing Debt:**<br>**Single family dwelling located at 7812 Barbi Lane, La Palma, CA 90623**<br>**subj to first mortgage of Nationstar Mortgage and second mortgage of Wells Fargo Bank, N.A.** |

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Sandia Area Credit Union** | **Describe Property Securing Debt:**<br>**2012 Audi Q5 (mileage 75,000)**<br>**subject to lien of Sandia Federal Credit Unioin** |

Property will be (check one):
    ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain __**Retain and pay**__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Bank, N.A. | **Describe Property Securing Debt:**<br>single family dwelling located at 215 Acacia Glen Dr., Riverside, CA 92506<br>subj to first mortgage of Cenlar and second mortgage of Wells Fargo Bank, N.A. |

Property will be (check one):
   ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **January 12, 2015**        Signature /s/ James Anthony Biberston
                                                        James Anthony Biberston
                                                        Debtor

Date **January 12, 2015**        Signature /s/ Erin Marie Biberston
                                                        Erin Marie Biberston
                                                        Joint Debtor